LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7860
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363



June 12, 2023

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **RE:**    **United States v. Dante Dixon**
              **Case No.: 7:23CR139 (KMK)**

Dear Judge Karas:

      The undersigned has been appointed to represent Mr. Dante Dixon in the above-captioned matter. Mr. Dixon is currently scheduled to be sentenced before the Court on July 6, 2023, at 2:00 p.m. I respectfully request that the Court adjourn the defendant's sentencing 60 days to September 6, 2023, or a date thereafter convenient for the court. I make this request because the I am scheduled to appear for trial in the matter entitled U.S. v. Brandon Batiste, Case No.: 3:21CR029 (JBA) on July 5, 2023, before the Honorable Janet Bond Arterton in the District of Connecticut and, as a result, will not be available to be before this Court.

      I have discussed this application with A.U.S.A. Ryan Allison who has informed me that the government has no objection to this request.

      For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Granted. Sentence is adjourned to
9/ 7 /23, at 2:00

So Ordered.
/s/
6/12/23

Respectfully submitted,

__/s/ *Bruce D. Koffsky*__
Bruce D. Koffsky

BDK/th
cc:     All Counsel of Record via ECF.