LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

January 25, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **RE:**    **United States v. Dante Dixon**
             **Case No.: 7:23CR139 (KMK)**

Dear Judge Karas:

      The undersigned has been appointed to represent Mr. Dante Dixon in the above-captioned matter. Mr. Dixon is currently scheduled to be sentenced before the Court on February 6, 2024. I respectfully request that the Court adjourn the defendant's sentencing 60 days to April 4, 2024, at 12:30 p.m., or a date convenient for the court. I make this request because I am currently on trial in the matter entitled U.S. v. Malik Bayon, Case No.: 3:21CR156 (KAD), before the Honorable Judge Kari Dooley, in the District of Connecticut. As a result, I do not believe that I will have sufficient time and opportunity to prepare for the defendant's sentencing as currently scheduled.

      I have discussed this application with AUSA Ryan Allison who has informed me that the government has no objection to this request.

      For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Granted. Sentence is adjourned to
4/ 4 /24, at 11:00

So Ordered.
[signature]
1/25/24

Respectfully submitted,

/s/ *Bruce D. Koffsky*

BDK/th
cc:    Government