LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

June 6, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **RE:**    **United States v. Dante Dixon**
             **Case No.: 7:23-cr-00139 (KMK)**

Dear Judge Karas:

    The undersigned has been appointed to represent Mr. Dante Dixon in the above-captioned matter. Mr. Dixon is currently scheduled to be sentenced before the Court on June 12, 2024. As I am currently on trial in a racketeering/murder trial before the Honorable DeArcy Hall in the Eastern District of New York (U.S. v. Maliek Miller, 1:20-cr-331 (LDH)) and have had insufficient opportunity to prepare the defendant for his sentencing, I respectfully request that the Court adjourn the defendant's sentencing to July 17, 2024, at 1:00 p.m., or a date thereafter convenient for the court.

    I have discussed this application with AUSA Ryan Allison who has informed me that the government has no objection to this request.

    For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Sentence is adjourned to 7/ 22 /24, at 2:00

So Ordered.
/s/ KMK
6/6/24

Respectfully submitted,

_/s/ *Bruce D. Koffsky*_

BDK/ls
cc: Government Counsel