LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

September 11, 2024

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:    United States v. Dante Dixon
                Case No.: 7:23-cr-00139 (KMK)

Dear Judge Karas:

      The undersigned has been appointed to represent Mr. Dante Dixon in the above-captioned matter. Mr. Dixon is currently scheduled to be sentenced before the Court on September 27, 2024, at 10:30 am. I respectfully request that the Court adjourn the defendant's sentencing to November 6, 2024, or a date thereafter convenient for the court, as undersigned is currently scheduled to begin trial in the matter of _United States v. Nicholas Orsini (7:23-CR-402)_ before the Honorable Judge Philip Halpern, on September 17, 2024. Immediately following, undersigned is scheduled to begin trial in the matter of _United States v. Felix Nunez Paula (7:23-CR-602)_ before the Honorable Judge Vincent Briccetti and will not have adequate time to prepare for Mr. Dixon's sentencing.

      I have discussed this application with AUSA Ryan Allison who has informed me that the government has no objection to this request.

      For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

                                Respectfully submitted,

                                  _/s/ Bruce D. Koffsky_

BDK/ls
cc: Government Counsel

*[Handwritten:]* Granted. The sentence will go forward on November 21, 2024 at 11:00 AM

SO ORDERED:

*[Signature]*

HON. KENNETH M. KARAS U.S.D.J.
9/16/2024